UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEYED SAIED, ZAMANIEH SHAHRI,<br><br>Plaintiff,<br><br>v.<br><br>LOS RIOS COMMUNITY COLLEGE DISTRICT and FOLSOM LAKE COLLEGE, as a branch of LOS RIOS COMMUNITY COLLEGE DISTRICT,<br><br>Defendants. | Nos. 2:23-cv-01569-DJC-JDP-PS<br>2:23-cv-01571-DJC-AC-PS<br><br>ORDER APPROVING MOTION OF RELATED CASES |

Defendants have filed a notice of related cases in the above-captioned actions. Examination of these actions reveals that they are related within the meaning of Local Rule 123(a). Here, "both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort." E.D. Cal. R. 123(a)(3) (Mar. 1, 2022). Accordingly, the assignment of these matters to the same judge is likely to affect a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that related cases under Local Rule 123 causes the actions to be assigned to the same judge – it does not consolidate the actions. Under

Local Rule 123, related cases are generally assigned to the judge to whom the first filed action was assigned, that is, the judge with the lower assigned case number.

Accordingly, IT IS HEREBY ORDERED that Case Number 2:23-cv-01571 is reassigned from Judge Dale A. Drozd to the undersigned. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:23-cv-01571-DJC.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:   **September 12, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC3 – Shahri23cv1569.Mot.Rel.Cases